UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHERYL BROWN and LA TOYA BROWN,    )
                                    )
           Plaintiffs,              )
                                    )
     vs.                            )    No. 4:06-CV-1591 (CEJ)
                                    )
HTL, LLC, doing business as         )
Express Personnel,                  )
                                    )
           Defendant.               )

**ORDER**

Plaintiffs commenced this action on October 30, 2006, naming HTL, LLC, doing business as Express Personnel, as defendant. A review of the Court file shows that defendant has not been served in this matter nor has service been waived on its behalf. Under Rule 4(m) of the Federal Rules of Civil Procedure, the Court, after notice to the plaintiffs, is directed to dismiss an action against a defendant upon whom service has not been made within 120 days after the filing of the complaint.

The Rule 4(m) period for service expires **February 27, 2007**, 120 days after the filing of plaintiffs' complaint. To avoid a dismissal, plaintiffs must obtain service on the defendant before that date.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall cause service to be effected upon defendant HTL, LLC, doing business as Express Personnel, not later than **February 27, 2007.** In the absence of good cause shown, failure to timely serve said defendant shall result in the dismissal of plaintiffs' complaint without prejudice.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2007.